IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Van Hoa Nguyen, Individually and d/b/a Select Furniture Galleries,<br><br>        Defendant.* | 2:11-cv-02570-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Plaintiff states in his Status Report filed on January 16, 2012, that "Defendant[] ha[s] been served, but ha[s] not answered." (ECF No. 13, 2:13.) However, Plaintiff does not address in his Status Report what steps he is taking to prosecute this action.

Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than February 27, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a filing why the action should not be dismissed for failure of prosecution.

Further, the status conference scheduled for hearing on January 30, 2012, is continued to commence at 9:00 a.m. on April 23, 2012. A joint status report shall be filed fourteen (14) days prior to

---

    *    The caption has been amended according to Plaintiff's Request for Dismissal of Li Fen Wang, with prejudice under Federal Rule of Civil Procedure 41(a)(1). (ECF No. 12.)

the status conference in which Plaintiff is required to explain the status of the default proceedings.

    IT IS SO ORDERED.

Dated:  January 19, 2012

                                                _____
                                                GARLAND E. BURRELL, JR.
                                                United States District Judge