IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
                  Plaintiff,  )  2:11-cv-02570-GEB-DAD
                  v.  )  ORDER CONTINUING STATUS
                     )  (PRETRIAL SCHEDULING)
Van Hoa Nguyen, Individually and  )  CONFERENCE
d/b/a Select Furniture Galleries,  )
                  Defendant.*  )
_____)

        Plaintiff states in his Status Report filed on January 16, 2012, that "Defendant[] ha[s] been served, but ha[s] not answered." (ECF No. 13, 2:13.) However, Plaintiff does not address in his Status Report what steps he is taking to prosecute this action.

        Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than February 27, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a filing why the action should not be dismissed for failure of prosecution.

        Further, the status conference scheduled for hearing on January 30, 2012, is continued to commence at 9:00 a.m. on April 23, 2012. A joint status report shall be filed fourteen (14) days prior to

---

    * The caption has been amended according to Plaintiff's Request for Dismissal of Li Fen Wang, with prejudice under Federal Rule of Civil Procedure 41(a)(1). (ECF No. 12.)

1

1  the status conference in which Plaintiff is required to explain the
2  status of the default proceedings.
3       IT IS SO ORDERED.
4  Dated: January 19, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2